Leo A. Haberkorn, Appellee, v. E. W. Lawrence, Appellant.

Gen. No. 10,077.

opinion filed June 14, 1946; *opinion modified and rehearing denied October 3, 1946; released for publication October 3, 1946. C. M. Granger and J. H. Beckers, for appellant; Frank J. Burns, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.*